# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DARRELL L. WINSTON**                                                  **PLAINTIFF**

v.                           No. 2:10-cv-172-DPM

**DEPARTMENT OF ARKANSAS STATE POLICE**       **DEFENDANT**

## JUDGMENT

Winston's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 June 2013