# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DARRELL L. WINSTON**                                          **PLAINTIFF**

v.                        No. 2:10-cv-172-DPM

**DEPARTMENT OF ARKANSAS STATE POLICE**       **DEFENDANT**

## JUDGMENT

Winston's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 June 2013